UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

    - v. -

SIMON GOLDBRENER,
    a/k/a "Simon Goldbrenner,"
    a/k/a "Shimon Goldbrenner,"
PERETZ KLEIN,
SUSAN KLEIN,
    a/k/a "Suri Klein,"
BEN KLEIN,
    a/k/a "Benzion Klein,"
    a/k/a "Benzi Klein,"
MOSHE SCHWARTZ,
SHOLEM STEINBERG, and
ARON MELBER,
    a/k/a "Aharon Melber,"

              Defendants.

**UNSEALING ORDER**

18 Cr. 614 (    )

- - - - - - - - - - - - - - - - - - -

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Michael D. Maimin;

It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   White Plains, New York
         August 29, 2018

_____
THE HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE