UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                                                        **ECF CASE**

UNITED STATES OF AMERICA,

          v.

GOLDBRENER ET AL.,

          Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

**18 Cr. 614 (KMK)**

TO:    Clerk of Court
         United States District Court
         Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                    Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                    United States Attorney for the
                                    Southern District of New York

                        By:    /s/ Hagan Scotten
                               HAGAN SCOTTEN
                               Assistant United States Attorney
                               (914) 993-1900
                               hagan.scotten@usdoj.gov