**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

September 12, 2018

**BY ECF**
The Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: **United States v. Goldbrener et al**
18 Cr. 614 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter-motion to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between September 12, 2018 and September 20, 2018. We have conferred about this request with defense counsel and understand that they have no objections.

The defendants in this action were arraigned on August 29, 2018 by Magistrate Judge Judith C. McCarthy. At that time, Judge McCarthy excluded time, in the interests of justice, until the first pretrial conference before the district court, not to exceed September 12, 2018. In light of the unavailability of certain defense counsel on an earlier date offered by this Court, the initial pretrial trial conference has been scheduled for September 20, 2018 at 3:00 p.m. In the meantime, the Government and certain defense counsel have engaged in preliminary discussions regarding discovery and potential dispositions of this matter. The Government submits that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Granted.
So Ordered,
KMK
9/13/18

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /S/
VLADISLAV VAINBERG
MICHAEL MAIMIN

> HAGAN C. SCOTTEN
> Assistant United States Attorneys
> 300 Quarropas Street
> White Plains, New York 10601
> Tel.: (914) 933-1932
>   (914) 993-1952
>   (212) 637-2410

cc: all counsel of record (via ECF)