

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*300 Quarropas Street*
*White Plains, NY 10601-4150*

October 10, 2018

**BY ECF**

Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, N.Y. 10019

    Re:   *United States* v. *Simon Goldbrener, et al.*, **18 Cr. 614 (KMK)**

Dear Judge Karas:

    In connection with the above-reference matter, the Government respectfully submits a proposed Protective Order relating to the production of discovery in this matter.   The proposed Protective Order has been signed by counsel for each defendant.   If acceptable to the Court, the Government respectfully requests that the Court "So Order" the proposed Protective Order.

    Respectfully submitted**,**

    GEOFFREY S. BERMAN
    United States Attorney
    Southern District of New York

By:   /S/_____
    Michael Maimin
    Hagan Scotten
    Vladislav Vainberg
    Assistant United States Attorneys

cc: All Counsel
    By ECF