

**MEISTER SEELIG & FEIN LLP**

125 Park Avenue, 7th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535

Ilana Haramati
*Of Counsel*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

**MEMO ENDORSED**

November 20, 2019

**Via ECF**

Hon. Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas St.
Courtroom 521
White Plains, New York 10601

Re: *United States v. Aron Melber, et al.*, No. 18 Cr. 614 (KMK)

Dear Judge Karas:

We represent defendant Aron Melber in the above-referenced matter. We write to request that the Court briefly adjourn the motion schedule to accommodate ongoing plea discussions, as follows:

- December 12, 2019 – Filing of Motions,
- January 13, 2020 – Filing of Oppositions, and
- January 21, 2020 – Filing of Replies.

We have discussed this request with the government (AUSA Vladislav Vainberg), as well as counsel for Mr. Melber's co-defendants who join this request.

Respectfully Submitted,

/s/ Ilana Haramati
Ilana Haramati
Meister Seelig & Fein LLP
125 Park Avenue
New York, New York 10017
(212) 655-3500
ih@msf-law.com

Granted.
So Ordered
K M K
11/21/19

cc: Counsel of Record (*via ECF*)