# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

December 11, 2019

**MEMO ENDORSED**

Via ECF
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Goldbrener, et al*, 18-cr-614 (KMK)

Dear Judge Karas:

We write, with the consent of the U.S. Attorney's Office and all the defendants, to respectfully request a brief adjournment of the current motion schedule in the above-captioned case. Most of the defendants are currently in discussions with the government about possible resolutions to their cases and all the parties believe that additional time for those discussions would be helpful towards that end.

We therefore respectfully propose the following new briefing schedule:

Defendants' Motions due: December 24, 2019;

Government's Response due: January 24; and

Defendants' Replies due: February 4, 2019.

We respectfully ask that the Court so-order this motion.

Granted.
So Ordered.
/s/ KMK
12/11/19

Sincerely,

/s/

Gedalia M. Stern
*Counsel for Peretz Klein*

cc: All counsel (via ECF).