

125 Park Avenue, 7th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535

Ilana Haramati
*Of Counsel*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

December 12, 2019

**Via ECF**

Hon. Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas St.
Courtroom 521
White Plains, New York 10601

      Re:    *United States v. Aron Melber,* **No. 18 Cr. 614 (KMK)**

Dear Judge Karas:

    We write on behalf of defendant Aron Melber in the above-referenced matter to respectfully request the temporary modification of his conditions of pretrial release to permit him to travel to Connecticut from December 13, 2019 through December 15, 2019 for a religious retreat.

    We have discussed this request with the government (AUSA Michael Maimin), who does not object to this request. Mr. Melber's Pretrial Services Officer Jessica Killian takes no position on the request.

                                    Respectfully Submitted,

                                    /s/ Ilana Haramati
                                  Ilana Haramati
                                  Meister Seelig & Fein LLP
                                  125 Park Avenue
                                  New York, New York 10017
                                  (212) 655-3500
                                  ih@msf-law.com

    cc:    Counsel of Record (*via ECF*)