UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 7:18-cr-00614-KMK |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| SIMON GOLDBRENNER, PERETZ KLEIN, SUSAN KLEIN, BEN KLEIN, MOSHE SCHWARTZ, SHOLEM STEINBERG AND ARON MELBER, | |
| Defendants. | |

I, Paul B. Brickfield, hereby certify that on December 23, 2019, I caused to be filed via ECF a Notice of Motion on behalf of Defendant Ben Klein, along with a Memorandum of Law in support of same and this Certificate of Service upon the following:

> Honorable Kenneth M. Karas, U.S.D.J.
> United States District Court
> Southern District of New York
> 300 Quarropas Street - Courtroom 521
> White Plains, NY 10601
>
> Assistant U.S. Attorney Michael D. Maimin
> Assistant U.S. Attorney Vladislav Vainberg
> Assistant U.S. Attorney Hagan Scotten
> United States Attorney's Office
> Southern District of New York
> One St. Andrew's Plaza
> New York, NY 10007

1

Jacob Laufer, Esq.
Shulamis Peltz, Esq.
Jacob Laufer, P.C.
65 Broadway, Suite 1005
New York, NY 10006

Susan R. Necheles, Esq.
Caroline M. Grosshans, Esq.
Gedalia M. Stern, Esq.
Hafetz & Necheles, LLP
10 East 40th Street, 48th Floor
New York, NY 10016

Jeremy L. Gutman, Esq.
40 Fulton Street, 23rd Floor
New York, NY 10038
Steven Y. Yurowitz, Esq.
Newman & Greenberg
950 Third Avenue, 32nd Floor
New York, NY 10022

Eric M. Creizman, Esq.
Melissa Madrigal, Esq.
Pierce, Bainbridge, Beck, Price & Hecht, LLP
277 Park Avenue, 45th Floor
New York, NY 10172

Henry E. Mazurek, Esq.
Evan L. Lipton, Esq.
Ilana Haramati, Esq.
Meister, Seelig & Fein, LLP
125 Park Avenue, 7th Floor
New York, NY 10017

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Paul B. Brickfield

---

Paul B. Brickfield, Esq.
Brickfield & Donahue
70 Grand Avenue, Suite 100
River Edge, NJ 07661
(201) 488-7707

Dated:      December 23, 2019