## JACOB LAUFER, P.C.
65 BROADWAY
SUITE 1005
NEW YORK, NEW YORK 10006

JACOB LAUFER*                                                                 TELEPHONE  (212) 422-8500

MARK ELLIS†                                                                        FAX  (212) 422-9038
SHULAMIS PELTZ

\* Also admitted in the District of Columbia
† Also admitted in New Jersey

December 23, 2019

**Via ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

        Re:    *United States v. Simon Goldbrener, et al., 18 Cr. 614 (KMK)*

Dear Judge Karas:

    We represent defendant Simon Goldbrener in the above-referenced matter. We write to request that the Court briefly adjourn the motion schedule to accommodate ongoing plea discussions. We therefore respectfully propose the following new briefing schedule:

| | |
|---|---|
| January 27, 2020 | Defendants' Motions due |
| February 27, 2020 | Government's Response due |
| March 9, 2020 | Defendants' Replies due |

    I discussed this request with the Government (AUSA Michael Maimin), as well as counsel for Mr. Goldbrener's co-defendants who join this request.

    Thank you for Your Honor's consideration of this request.

                                                    Very truly yours,

                                                  /s/ Shulamis Peltz
                                                  Shulamis Peltz

cc: A.U.S.A. Michael Maimin, Vladislav Vainberg, Hagan Scotten (Via ECF)
    All counsel (via ECF).