UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. –

SIMON GOLDBRENER,
    a/k/a "Simon Goldbrenner,"
    a/k/a "Shimon Goldbrenner,"
PERETZ KLEIN,
SUSAN KLEIN,
    a/k/a "Suri Klein,"
BEN KLEIN,
    a/k/a "Benzion Klein,"
    a/k/a "Benzi Klein,"
MOSHE SCHWARTZ,
SHOLEM STEINBERG, and
ARON MELBER,
    a/k/a "Aharon Melber,"

              Defendants

ORDER

18 Cr. 614 (KMK)

Upon the application of the United States of America, by and through Geoffrey S. Berman, United States Attorney for the Southern District of New York, and Michael D. Maimin, Assistant United States Attorney:

WHEREAS, on July 10, 2019, this Court had set a motion schedule, whereby pretrial defense motions would be due on November 25, 2019; and

WHEREAS, on July 10, 2019, this Court excluded time to and including November 25, 2019, pursuant to the Speedy Trial Act, finding that the ends of justice served by granting a continuance outweighed the best interests of the public and the defendants in a speedy trial; and

WHEREAS, this Court—at the defendants' request, and with the consent of the Government—adjourned the motion schedule, in order to allow the parties to engage in discussions of potential pretrial dispositions, and to allow the defendants to review discovery and prepare pretrial motions, so that the defendants' pretrial motions are now due no later than January 27, 2020; and

WHEREAS, BEN KLEIN, a/k/a "Benzion Klein," a/k/a ""Benzi Klein," the defendant, filed pretrial motions on December 23, 2019, thus causing time to be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)((D); and

WHEREAS, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial, because it allows the Government and the defendants to continue to discuss potential dispositions and the defendants to review voluminous discovery and prepare pretrial motions;

IT IS HEREBY ORDERED that the time between and including January 6, 2020, and January 27, 2020, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated: New York, New York
January 6, 2020

_____
THE HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK