UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ARON MELBER,<br>    a/k/a "Aharon Melber,"<br><br>Defendant. | **WAIVER OF INDICTMENT**<br><br>S2 18 Cr. 614 (KMK) |

      The above-named defendant, who is accused of violating 18 U.S.C. § 371, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

_____
ARON MELBER
Defendant


_____
Witness


_____
HENRY MAZUREK, ESQ.
Counsel for Defendant

Date: New York, New York
       January 30, 2020