UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Court Exhibit: __/__

-------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

Avon Melber,

_____
                                    Defendant.

-------------------------------------------------------------x

**CONSENT TO PROCEED
BEFORE A UNITED STATES
MAGISTRATE JUDGE ON A
FELONY PLEA ALLOCUTION**

Case No. S3 18 CR 614

The undersigned defendant, advised by my undersigned attorney, consents to a United States

Magistrate Judge presiding over the proceedings required by Rule 11, Fed. R. Crim. P., for me to enter a

plea of guilty in my case, or to change my plea, if one has previously been made, from not guilty to

guilty, in accordance with the Standing Order of the assigned United States District Judge under

Miscellaneous Docket M 10-468. I understand that if my plea is accepted, my sentencing will take place

before the United States District Judge who is assigned, or who is to be assigned, to my case.

I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted

before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no threats or

promises, or other improper inducements, have been made to cause me to consent to this procedure, and

that I do so voluntarily.

IN WITNESS WHEREOF we have executed this consent on __1/30/20__, at the White Plains

Courthouse, White Plains, New York.

X_____          X_____
          Defendant                            Attorney for Defendant

                    Accepted by:_____
                                    JUDITH C. McCARTHY
                                    United States Magistrate Judge