UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                         Plaintiff,                   **MEMORANDUM**

     -against-                                  18 Cr. 614 (KMK)

ARON MELBER,

                        Defendant.
-------------------------------------------------------------X

TO: <u>Kenneth M. Karas, United States District Judge</u>:

      Please find attached a transcript of the January 30, 2020 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: March 23, 2020
       White Plains, New York

                                                   Respectfully Submitted,

                                                   */s/ Judith C. McCarthy*
                                                   _____
                                                   JUDITH C. McCARTHY
                                                   United States Magistrate Judge