

**MEMO ENDORSED**

Ilana Haramati
Of Counsel
Direct (212) 655-3594
Fax (646) 860-3130
ih@msf-law.com

May 29, 2020

**Via ECF**

Hon. Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas St.
Courtroom 521
White Plains, New York 10601

Re:   *United States v. Aron Melber,* No. 18 Cr. 614 (KMK)

Dear Judge Karas:

We write on behalf of our client Aron Melber in the above-captioned case to respectfully request a further two-month adjournment of his sentencing hearing, currently scheduled for July 14, 2020. This additional time is necessary to ensure that we are able to adequately prepare for Mr. Melber's sentencing, as the continued lockdown due to COVID-19 has interfered with our ability to efficiently prepare. We further request a corresponding adjournment of the disclosure date for the U.S. Probation Office's final Presentence Investigation Report.

We have conferred with Assistant United States Attorney Michael Maimin, who advised us that the government has no objection to this request.

Respectfully Submitted,

/s/ Ilana Haramati
Henry E. Mazurek
Ilana Haramati

Counsel for Defendant Aron Melber

cc:   Counsel of Record (*via ECF*)
U.S. Probation Officer Deanna M. Paige (*via email*)

*Granted. The Court will hold the sentence on October 7, 2020 at 2:00 p.m.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
5/29/2020