

*Ilana Haramati*
*Of Counsel*
Direct (646) 860-3130
Fax (646) 860-3130
ih@msf-law.com

October 27, 2020

<u>VIA ECF</u>

Hon. Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas St., Courtroom 521
White Plains, New York 10601

          Re:    *United States v. Aron Melber,* **No. 18 Cr. 614 (KMK)**

Dear Judge Karas:

      We represent Defendant Aron Melber in the above-captioned matter. In accordance with this Court's Individual Rule of Practice for Sentencing Proceedings and Fed. R. Crim. P. 49.1(e)(1), we make this application to redact information from Mr. Melber's sentencing memorandum and exhibits addressing sensitive information related to Mr. Melber's family members. *See Under Seal v. Under Seal*, 273 F. Supp. 3d 460, 467 (S.D.N.Y. 2017) ("A party may overcome the presumption of access by demonstrating that sealing will further other substantial interests such as a third party's personal privacy interests, the public safety, or preservation of attorney-client privilege.") (citing *United States v. Aref*, 533 F.3d 72, 83 (2d Cir. 2008). Unless the Court orders otherwise, we also are filing redacted versions by ECF of certain portions of Mr. Melber's sentencing submissions that include: (1) identification of minors; and (2) home addresses of individuals. We make these redactions pursuant to Fed. R. Crim. P. 49.1(a) and the Local ECF Rules for the Southern District of New York.

      We are simultaneously submitting to the Court unredacted electronic courtesy copies of all the materials electronically filed with the Court. We are also providing unredacted copies of all of Mr. Melber's sentencing submissions to the government.

      We very much appreciate the Court's consideration of this request.

                        Respectfully Submitted,

                        __/s/ Ilana Haramati____
                        Henry E. Mazurek
                        Ilana Haramati

                        *Counsel for Defendant Aron Melber*