

**MSF**
Meister Seelig & Fein LLP

MEMO ENDORSED

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

December 28, 2022

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas St.
Courtroom 521
White Plains, New York 10601

Re:   *United States v. Aron Melber,* **No. 18 Cr. 614 (KMK)**

Dear Judge Karas:

We represent defendant Aron Melber in the above-referenced matter. We write to respectfully request that the Court schedule Mr. Melber's sentencing for February 28, 2023 at 2 p.m., which we understand is a time convenient for the Court and parties. We have conferred with counsel for the government who consents to this request.

Respectfully submitted,

/s/ IH
Henry E. Mazurek
Ilana Haramati
Meister Seelig & Fein LLP
125 Park Avenue, Suite 700
New York, New York 10017

*Counsel for Defendant Aron Melber*

cc:   Counsel of Record (*via ECF*)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
12/29/2022