# Exhibit A

Rivka Melber

▮▮▮▮▮▮▮▮▮▮

Honorable Judge, Once again I am writing to you to plead and beg for my dear devoted husband. Aron is my partner in everything. He shares all of our family responsibilities and brings good cheer even during the most stressful times. Our elderly parents, nine children and two grandchildren rely on us. Both of our parents are widowed and need daily care and attention. We also have four children, ages ▮▮▮▮▮ at home who require care, each in their own way. Our 19 year old son ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Aron is helping him by visiting often and bringing him his meals from home. Aron loves to be the one to guide our kids through their days, patiently help and cheer up our parents, and spend time with our baby grandchildren. I really cannot manage all the responsibilities without Aron. Separation from him would be devastating for me and the entire family.

Aron takes special care of our youngest children who are still in school. Aron has always been dedicated to making sure that our children receive a good education. He paid special care to their schooling when they were all enrolled in ▮▮▮ ▮▮▮▮, where Aron worked. Recently, a new boys' school opened in Monsey this year. The school is very academically challenging, but still nurturing. We enrolled our boys in the new school and Aron took upon himself to learn with them each night to help them keep up with their studies in their new school. ▮▮▮▮▮▮, and ▮▮▮▮▮▮ are finally adjusting nicely in the new environment, thanks to dad's constant interest and help. They leave for school earlier than they previously did and Aron makes sure to be in the kitchen to prepare them healthy breakfast, so they can concentrate in the long hours at school.

The transition to a new school was very hard on ▮▮▮▮▮. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Earlier this year, the school sent ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ He so wanted to make a good impression in his new school, ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ We were advised that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

So Aron inquired about a ███████████████████████████ ████████████████████████████████████████████████ We are glad about the results. ████████████████████████████████████████. ██████████████████████████████. Aron is in daily communication with ██████ ██████████████████████████████████████ ██████ █████████████ and enjoy school. Aron also takes ██████ to an extra learning program in the evening to make sure ██████ is caught up on his studies. And Aron is the one who makes ██████ meals and gets him to bed on time. Aron is the main parent looking after ██████. And ██████ feels safe because he knows Aron is always there to help.

Our widowed parents also look to Aron for help and support. This year my husband's family is mourning the loss of their mother. This has been a painful and difficult year for Aron and our family. Aron's father is having a very difficult time processing his wife's death. Aron's parents were married for 50 years and Aron's father is struggling each day with the reality that his lifelong partner is no longer there with him. His children, Aron included, make sure to lift his spirit by calling and visiting. Aron makes taking care of his father a high priority. He brings his father supper every Wednesday and eats with his dad sharing the evening hours to lighten his father's deep pain after losing his wife of five decades. Every few weeks we pack up Shabbos food and move in with all our kids to be with Aron's dad for the weekend. Oh how he cherishes Shabbos with Aron and all of us, it helps brighten his spirits to be surrounded by Aron and our family.

But my father-in-law is still not able to go on and is too sad, too deep in his grief. Dear Judge, we hope you will take Aron's father's well-being into consideration. He can only handle happy news, we can't hurt him, we cannot cause him anguish. He is and has always been very invested and interested in each of his children. Aron's case is always on his father's mind, and he is hoping for a happy ending.

My own father also passed away at the beginning of the pandemic in 2020. And my widowed mother is turning 89 years old this May. My mother ████████████ ██████████████████, she lives by herself but does not like being alone. She needs a lot of help. My siblings and I take shifts to help her. But Aron and I live across the street from her, and my mother relies on me and Aron too to help her throughout the day. Every few weeks Aron and I leave our kids at home and go over to eat

the Friday night Shabbos meal with my widowed mother.  I also spend time every day running to care for and do errands for my mother.  Aron is always available to make sure our children at home are cared for when I have to run out to be with my mother.  For example, my older sister had ▇▇▇▇▇▇▇▇ in 2020, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  She recently was moved to a nursing home close by, and it's my responsibility to take my mother to visit her at least once a week, so that mother and daughter can spend time together.  I can always count on Aron to be home for our kids when I can't.

Often my mother also needs help in the evenings, preparing dinner, cleaning up and getting ready for bed.  That leaves Aron alone many nights to look after our younger children who are ▇▇▇▇▇▇▇ to make sure that their homework is done, they've eaten their dinners, they're bathed and ready for bed.  Of course, the kids love to be with Aron.  He is a special father and he makes every lesson and chore into a fun family activity with songs and stories and games suited to each child.  It's a lot of work for Aron to do alone though, but he still encourages me to go help my mother whenever she needs.

Since my last letter to Your Honor, we were also gifted with new titles grandpa and grandma. The excitement and joy are boundless and so are the additional responsibilities. Aron has always been very positive about having a large family and does everything he can to support our children. Hearing about both of our daughters' pregnancies – three months apart, Aron jumped right in to help in every way possible. From moral support, to driving the soon to be parents to the hospital, to bringing them here and setting up space in our home for them, to help them adjust to the new baby. The list goes on. Aron has a special bond with both little baby boys, both named after my late father.  Both of our daughters and their babies spend a lot of time in our house.  Our oldest daughter lives right next door.  And our younger daughter works full time, and has trouble getting her baby to sleep, so she comes over exhausted a few times a week for some help from the grandparents and a warm meal. Our daughters are always so relieved when they see their father who is there to take over so the new mothers can have a few moments of rest.  The babies also light up when they see Aron, there's a special sparkle in the baby's eyes as he jumps into grandpa's arms to cuddle in his warm embrace.

We also have two older children still at home. Our oldest daughter at home is already 24. In our circles it is unusual that she is not married. All of her classmates are busy moms, but she hasn't found her right partner yet. Same with our next daughter who is 23. For girls to stay unmarried into their 20s in Chassidic circles can be socially very difficult. Well meaning people are always wishing us to find a match for our daughters very soon, and everyone is continuously praying for them. Our daughters don't feel bad about all the social pressure. That's because of Aron. Aron is such a supportive father to our girls. He knows God has a master plan; we don't always understand His ways. And I tell my friends, my girls are very okay. They are very comfortable at home. Credit to Aron for bringing cheer and ease into our home.

Judge, you can see from just my short letter that Aron is the glue that keeps our family together. He is positive, warm, attentive and supportive to each of our children, and to our elderly parents. He gives me strength to meet each day's challenges and responsibilities. We need him here.

I only pray that Your Honor considers our family when you decide Aron's fate.

Sincerely,

*Rivka Melber*

Rivka Melber