# Exhibit B

Yeedle Melber
Lehasig Inc.



2/10/2023

Dear Judge Karas,

I am writing to you about my brother, Aron Melber, who has also recently joined my company as a manager. I am the founder of Lehasig Inc., a professional training company, where we specialize in Coaching and Training Successful People to Become Amazingly Successful. We focus primarily on working with people in the Chasidic community, teaching leadership and communication skills, as well as management and team building skills.

In 2021, in the middle of the pandemic, my brother left his position as principal of the school Imrei Shufer due to significant differences with the administration regarding Covid-related protocols.

I personally witnessed Aron Melber, my dear brother, trying to get a job. He got many great offers, but after a background check, no company was willing to hire him, due to the pending criminal case against him. This same story happened to Aron numerous times, where he went down for interviews to company after company, he would prepare extensively, and put his hopes and dreams on getting the job. At first they all sounded very promising, each company was greatly impressed with his knowledge, professionalism and dedication. However at the very last minute, the offer got cancelled. The companies weren't willing to invest in a person that might not be able to fulfill his responsibilities because of this case.

Since all of this took place in the midst of the Covid-19 pandemic, where everyone was struggling, it was especially heart wrenching to see Aron's family falling apart. He had no job, no income and unfortunately no hope for another job. Aron was stuck in limbo. There was no money to pay for the essentials like rent, food, and for running the household with 7 children at home.

Hence I decided it's time for me to step up, and give Aron a job in my company. Truth be told this was an important key position I was looking to fill for a while, since our company kept on growing and we couldn't handle the pressure of all the responsibilities. However I was struggling to find the right candidate who would fit our culture and needs. So the decision to hire Aron was easy, he is a perfect fit for our needs, given his amazing people skills and leadership skills.

As of August 1, 2022, we hired Mr. Aron Melber to be the director of our company Lehasig Inc. He is responsible for our financials, including payroll, and sales. Additionally he is responsible for our daily operations. His job makes him a vital part of our company, where he serves as the integrator, to work with all our departments and clients.

1

Aron serves as our sales department, he is responsible for signing up each participant to our courses, explaining to them with great skills and care how they will benefit personally and professionally. After signing up, Aron follows up and ensures that the bills get paid. Aron also manages the accounting and the payroll department, and the secretary. He is responsible for setting up our phone systems and emails, and to service them and make sure that each individual reaching out to do business with Lehasig receives a follow up call.

Aron is responsible for our marketing, advertisement campaigns, and our branding campaigns to help us grow the company to the next level. He is deeply involved in help us build and manage our website and our social media accounts.

Of course, Aron is my brother. But beyond that he has become in the last 6 months, a valuable member of the organization that I spent years building. Aron's dedication to our customers, personally making sure they get the information that they need to utilize our services allows us to assist many members of the Chasidic community develop their communication and leadership skills. Aron is also able to bring the best out of the employees he manages because he treats everyone with the utmost care and respect.

Aron's services is vital to the success and growth, development and management of Lehasig Inc. I am lucky to have my brother working for my company. I am really looking forward to having his skills, knowledge and professionalism serve our clients and our company for many years to come.

Respectfully,

*[signature: Yeedle Melber]*

Yeedle Melber

Lehasig Inc.