

# MSF
## Meister Seelig & Fein PLLC

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

July 2, 2024

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas St.
Courtroom 521
White Plains, New York 10601

**Re:    *United States v. Aron Melber*, No. 18 Cr. 614 (KMK)**

Dear Judge Karas:

We write on behalf of defendant Aron Melber to respectfully request the release of his passport from the custody of Pretrial Services. Mr. Melber's bail has been exonerated, and he is currently completing his sentence under supervision of the U.S. Probation Office. We have conferred with the government (AUSA Maimin), and Probation who have no objection to this request.

Granted.

So Ordered.
7/2/24

Respectfully Submitted,

_____/s/ IH_____
Henry E. Mazurek
Ilana Haramati
Meister Seelig & Fein PLLC
125 Park Avenue, Suite 700
New York, New York 10017

*Counsel for Defendant Aron Melber*

cc:    Counsel of Record (*via ECF*)